**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1621**

JILL BORSUK,

Plaintiff - Appellant,

v.

RON KLAIN, d/b/a The White House; DEMOCRATIC NATIONAL COMMITTEE; JAIME HARRISON, d/b/a The Democratic National Committee; COMCAST CORPORATION, d/b/a NBC Universal Media LLC, d/b/a NBC Universal News Group, MSNBC; NBC UNIVERSAL MEDIA LLC, d/b/a NBC Universal News Group, d/b/a MSNBC; JOE SCARBOROUGH, d/b/a MSNBC; MIKA BRZEZINSKI, d/b/a MSNBC; WILLIE GEIST, d/b/a MSNBC; RACHEL MADDOW, d/b/a MSNBC; CHRIS MATTHEWS, d/b/a MSNBC; JOHN HUBER; MARY BETH HUBER; DIANE KING; ROB KING; LAURA HERSHBERGER; MARK HERSHBERGER,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Arenda L. Wright Allen, District Judge. (4:24-cv-00108-AWA-DEM)

Submitted: September 18, 2025                    Decided: September 22, 2025

Before THACKER and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jill Borsuk, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jill Borsuk appeals the district court's order dismissing, pursuant to 28 U.S.C. § 1915 review, Borsuk's civil complaint.[*]  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's judgment.  *Borsuk v. Klain*, No. 4:24-cv-00108-AWA-DEM (E.D. Va. May 22, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We grant Borsuk's motion to correct her informal brief and deny her supplemental motions to reverse decision on appeal.

3